FILED
OCT 2 8 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 5 : 26 CR 00488 |
| v. | ) | CASE NO. |
| RAYMOND MILLER, | ) | Title 18, United States Code, Sections 922(g)(1), (g)(9) and 924(e)(1) |
| Defendant. | ) | |

JUDGE GAUGHAN

COUNT 1
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(e)(1))

The Grand Jury charges:

1. On or about July 30, 2026, in the Northern District of Ohio, Eastern Division, Defendant RAYMOND MILLER, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Domestic Violence, in Cuyahoga County Court of Common Pleas, in case number CR20-650057, on or about September 2, 2020; Domestic Violence, in Cuyahoga County Court of Common Pleas, in case number CR20-650228, on or about September 2, 2020; Domestic Violence, in Cuyahoga County Court of Common Pleas on or about September 9, 2021, in case number CR21-659919, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: a Smith and Wesson 66, .357 Magnum Revolver, bearing serial number 82K1118, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

2. Before Defendant RAYMOND MILLER committed the offense charged in this count, the defendant had at least three previous convictions for offenses qualifying under 18 U.S.C. § 924(e)(2) that were committed on occasions different from one another, those being: Domestic Violence, in Cuyahoga County Court of Common Pleas, in case number CR20-650057, on or about September 2, 2020; Domestic Violence, in Cuyahoga County Court of Common Pleas, in case number CR20-650228, on or about September 2, 2020; Domestic Violence, in Cuyahoga County Court of Common Pleas on or about September 9, 2021, in case number CR21-659919.

COUNT 2
(Possession of Firearm by a Person with a Prior Misdemeanor Domestic Violence Conviction, 18 U.S.C. §§ 922(g)(9) and 924(e)(1))

The Grand Jury further charges:

3. On or about July 30, 2026, in the Northern District of Ohio, Easter Division, Defendant RAYMOND MILLER, knowing he had previously been convicted of a misdemeanor crime of domestic violence, that being: Domestic Violence, in the Bedford Municipal Court on or about January 7, 2015, in Case Number 14-CRB-01984; Domestic Violence, in the Cuyahoga County Court of Common Pleas on or about September 2, 2020, in Case Number CR20-647982, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Smith and Wesson 66, .357 Magnum Revolver, bearing serial number 82K1118, said firearm and ammunition having previously been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(e)(1).

4. Before Defendant RAYMOND MILLER committed the offense charged in this count, the defendant had at least three previous convictions for offenses qualifying under 18 U.S.C. § 924(e)(2) that were committed on occasions different from one another, those being:

Domestic Violence, in Cuyahoga County Court of Common Pleas, in case number CR20-650057, on or about September 2, 2020; Domestic Violence, in Cuyahoga County Court of Common Pleas, in case number CR20-650228, on or about September 2, 2020; Domestic Violence, in Cuyahoga County Court of Common Pleas on or about September 9, 2021, in case number CR21-659919.

FORFEITURE

The Grand Jury further charges:

5. The allegations contained in Counts 1 and 2 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant RAYMOND MILLER shall forfeit to the United States any and all firearms and ammunition involved in or used in commission of the firearms offenses charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.